[No. 43249-8-II.   Division Two.   September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DONALD LLOYD JANSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00557-4, Marilyn K. Haan, J., entered February 27, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Maxa, JJ.

[No. 43320-6-II.   Division Two.   September 17, 2013.]

*In the Matter of the Detention of* J.M.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-6-00180-4, David H. Johnson, J. Pro Tem., entered March 1, 2012. *Reversed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43328-1-II.   Division Two.   September 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENTEN K. HOESCH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01309-7, Stephen M. Warning, J., entered April 17, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Maxa, JJ.

[No. 43363-0-II.   Division Two.   September 17, 2013.]

TANYA RIDER ET AL., *Appellants*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-13111-1, Garold E. Johnson, J., entered March 30, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.